DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD D'AGOSTINO,**
Appellant,

v.

**AMERICAN HOME ASSURANCE COMPANY,**
Appellee.

No. 4D20-2372

[November 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan Lubitz, Senior Judge, and Glenn D. Kelley, Judge; L.T. Case No. 50-2013-CA-011253-XXXX-MB.

Erin Pogue Newell of Erin Pogue Newell, PLLC, Fort Lauderdale, for appellant.

Sharon C. Degnan of Kubicki Draper, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*　　\*　　\*

*Not final until disposition of timely filed motion for rehearing.*